David L. Hahn
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone: (949) 888-1014
Facsimile: (949) 766-9896

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

SOUTHERN CALIFORNIA ADVANCED SKIN C

Debtor.

Case No. 2:08-12538-ER
Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**
**3011**

TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 3045 and 3046 in the sum of $2402.25 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: May  12 , 2011

_____
DAVID L. HAHN
Chapter 7 Trustee

-1-

Date: 05/12/11
Trustee: 006105

# STALE-DATED CHECKS

Page: 1

| CASE NUMBER | DEBTOR | PAYEE | ACCOUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|---|---|---|
| 2:08-12538 | SOUTHERN CALIFORNIA ADVANCED | BLIND DOG DESIGN<br>1964 JUDSON ST<br>CLAREMONT CA 91711 | 4429164170 | 02/10/11 | 3024 | 2,283.16 |
| 2:08-12538 | SOUTHERN CALIFORNIA ADVANCED | SOUTHERN CALIFORNIA ADVANCED SKIN C<br>417 W FOOTHILL BOULEVARD<br>B101<br>GLENDORA CA 91741 | 4429164170 | 02/10/11 | 3034 | 119.09 |
|  |  |  |  | Total Checks  2 |  | 2,402.25 |

STALECHK

Printed: 05/12/11 01:34 PM    Ver: 16.01a

**BANK OF AMERICA, N.A.**

Claim 000014, Blind Dog Design

CUSTOMER CONNECTION
DAVID E. HAHN, CHAPTER 7 TRUSTEE    32-1/1110 TX
22342 AVENIDA EMPRESA, SUITE 260
RANCHO SANTA MARGARITA, CALIFORNIA 92688

CHECK NUMBER: 3046
DATE: 05/12/11
AMOUNT: *******2,283.16

1694794
PAY TO THE ORDER OF

CASE NUMBER: 2:08-12538 ER
ESTATE OF: Debtor: SOUTHERN CALIFORNIA ADVANCED SKIN C

US BANKRUPTCY COURT
US FEDERAL BUILDING
300 N LOS ANGELES STREET, RM 1340
LOS ANGELES CA 90012

Two Thousand Two Hundred Eighty Three Dollars And 16/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003046⑈ ⑆111000012⑆ 4429164170⑈

---

| Date: 05/12/11 | Check Number: 3046 | Amount: 2,283.16 |
|---|---|---|

Case Number: 2:08-12538    ER
Debtor Name: SOUTHERN CALIFORNIA ADVANCED SKIN C

| Paid To: | US BANKRUPTCY COURT<br>US FEDERAL BUILDING<br>300 N LOS ANGELES STREET, RM 1340<br>LOS ANGELES CA 90012 | Trustee: | DAVID L. HAHN, CHAPTER 7 TRUSTEE<br>22342 AVENIDA EMPRESA, SUITE 260<br>RANCHO SANTA MARGARITA, CALIFORNIA 92688 |
|---|---|---|---|

Description: Claim 000014, Blind Dog Design

Bank Account Number: 4429164170

**BANK OF AMERICA, N.A.**

CHECK NUMBER: **3045**

DAVID L. HAHN, CHAPTER 7 TRUSTEE
22342 AVENIDA EMPRESA, SUITE 260
RANCHO SANTA MARGARITA, CALIFORNIA 92688

DATE: 05/12/11
AMOUNT: *********119.09

| CASE NUMBER | ESTATE OF |
|---|---|
| 2:08-12538    ER | Debtor: SOUTHERN CALIFORNIA ADVANCED SKIN C |

**1694793**
PAY TO THE ORDER OF

US BANKRUPTCY COURT
US FEDERAL BUILDING
300 N LOS ANGELES STREET, RM 1340
LOS ANGELES CA 90012

One Hundred Nineteen Dollars And 09/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003045⑈ ⑆111000012⑆ 4429164170⑈

---

Date: 05/12/11    Check Number: 3045    Amount: 119.09

Case Number: 2:08-12538    ER
Debtor Name: SOUTHERN CALIFORNIA ADVANCED SKIN C

| Paid To: | US BANKRUPTCY COURT<br>US FEDERAL BUILDING<br>300 N LOS ANGELES STREET, RM 1340<br>LOS ANGELES CA 90012 | Trustee: | DAVID L. HAHN, CHAPTER 7 TRUSTEE<br>22342 AVENIDA EMPRESA, SUITE 260<br>RANCHO SANTA MARGARITA, CALIFORNIA 92688 |
|---|---|---|---|

Description:    Claim 000026, Payment 57.4370599%

Bank Account Number:    4429164170